# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| WILLIAM D. MOORE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00015-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN CROW | ) | |
| KAREN LOPOUS | ) | |
| RANDY S. MULL | ) | |
| ROGER PATTERSON, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 9, 2014, Order.

Signed: June 9, 2014

Frank G. Johns, Clerk
United States District Court